# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

April 15, 2024

Before
FRANK H. EASTERBROOK, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| Nos. 18-2220, 18-2221, 18-2225, 18-3307, 19-2401, & 19-2408 | JORGE ALCAREZ, et al., as representatives of a class,<br>　　Plaintiffs - Appellees<br>v.<br><br>AKORN, INC., et al.,<br>　　Defendants - Appellees<br><br>APPEALS OF: THEODORE H. FRANK, SHAUN A. HOUSE, and DEMETRIOS PULLOS |
| **Originating Case Information:** | |
| District Court Nos: 1:17-cv-05016, 1:17-cv-05017, 1:17-cv-05018, 1:17-cv-05021, & 1:17-cv-05026<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin | |

The orders of the district court denying Frank's motion to intervene are vacated, and the cases are remanded with instructions to treat him as an intervenor, permit him to make a motion under Rule 60(b), and decide what relief, if any, is appropriate in light of that motion should one be made. The appeals by House and Pullos are dismissed for lack of jurisdiction because they have not explained how, if at all, the district court's orders adversely affect them, as opposed to counsel. The above is in accordance with the decision of this court entered on this date. Frank recovers and everyone else pays.

Clerk of Court

* Circuit Judge Kanne, a member of the panel, died after the appeals were argued. They are being decided by a quorum. 28 U.S.C. §46(d).